IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALICE STOSS, | : | Civil No. 3:22-CV-01954 |
| Plaintiff, | : | |
| v. | : | |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

# **ORDER**

Before the court is the report and recommendation of Chief United States Magistrate Judge Karoline Mehalchick recommending that the court affirm Defendant's decision. (Doc. 14.) Specifically, Judge Mehalchick opines that the ALJ's findings in this case were supported by substantial evidence. (*Id.*) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge

Mehalchick's analysis is well-reasoned and fully supported by the record and applicable law.

 Accordingly, **IT IS ORDERED THAT**:

1) The report and recommendation is **ADOPTED** in its entirety. (Doc. 14.)

2) The decision by Defendant is **AFFIRMED**.

3) The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant and **CLOSE** this case.

        s/Jennifer P. Wilson
        JENNIFER P. WILSON
        United States District Judge
        Middle District of Pennsylvania

Dated: November 28, 2023